Prem N. Dhawan
Bankruptcy Trustee
P.O. BOX 965
BENICIA, CA 94510
(707) 361-4264

FILED
06 NOV -8 PM 2:44
CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 05-26479-C-7 |
|---|---|
| ROBBIE D. CENTEIO<br>STEPHANIE J. CENTEIO<br>Debtor(s) | Chapter 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find attached hereto check number 119 in the amount of $24.68, representing the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 06 | Zoran Belic<br>2253 Martin Street 204<br>Irvine, CA 92612 | $540.00 | $24.68 |
| | Total Unclaimed Dividends: | | $24.68 |

Dated: November 5, 2006

_____
Prem N. Dhawan, Bankruptcy Trustee